**2002–2061. State ex rel. Mulholland v. Schweikert.**
Hamilton App. No. C–020603.
The following cases have been returned to regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–1527. State ex rel. Bell v. Montgomery Cty. Bd. of Commrs.**
In Mandamus and Prohibition.

**2002–1785. State ex rel. Preschool Dev., Ltd. v. Springboro.**
In Mandamus.

[Cite as *12/24/2002 Case Announcements #2*, 2002-Ohio-7185.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 24, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–1938. Allied Erecting & Dismantling Co., Inc. v. Youngstown.**
Mahoning App. No. 00CA225. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of execution of court of appeals' judgment pending appeal,
    IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**2002–2057. State v. Lawson.**
Lake App. No. 2001–L–071. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,
    IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**2002–2061. State ex rel. Mulholland v. Schweikert.**
Hamilton App. No. C–020603. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion for stay of court of appeals' entry of November 15, 2002,
    IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**2002–1191. Solove v. Westerville City Council.**
Franklin App. No. 01AP–1213. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellants' application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *12/27/2002 Case Announcements*, 2002-Ohio-7200.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 27, 2002*

## MOTION AND PROCEDURAL RULINGS

**1999–0570. DeRolph v. State.**
Perry C.P. No. 22043. On motion for payment of attorney fees and expenses. Motion denied.

**2002–1783. Wentling v. Motorists Ins. Cos.**
Stark App. No. 2002CA00027, 2002-Ohio-4672. On review of order certifying a conflict. The court determines that a conflict exists; cause consolidated with 2002–1742, *Wentling v. Motorists Ins. Cos.*,